**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**

LLOYD D. GEORGE  FEDERAL COURTHOUSE
333 LAS VEGAS BOULEVARD SOUTH, Room 1334
LAS VEGAS, NEVADA 89101
(702) 464-5400

**LANCE S. WILSON**
CLERK OF COURT

**CYNTHIA J. JENSEN**
CHIEF DEPUTY, LAS VEGAS

**JAKE HERB**
CHIEF DEPUTY, RENO

October 11, 2006

CLERK, U.S. DISTRICT COURT
Eastern District of Pennsylvania
601 Market St., Rm 2609
Philadelphia. PA 19106-1797

Re: Transfer of Jurisdiction

    USA vs Phillip Rennert

    Your Case # 2:96CR0051-1
    District of Nevada Case # 2:06-cr-0320-JCM-GWF

Dear Clerk:

    On September 13, 2006, this court accepted transfer of jurisdiction on the above listed defendant.  In order to open the case in our court, please send  us certified copies  of  the Indictment(s)/ Information(s), Judgment and docket sheet from your district.  Find attached a copy of the Probation 22 form signed by both jurisdictions.

  ** District of Nevada is currently using CM/ECF, and judges now sign documents electronically**

Thank you,

LANCE S.  WILSON

By: __/s/_____
Leslie McAnallen, Deputy Clerk

Please acknowledge receipt on the enclosed copy of this letter.

Received By:_____           Date: _____